PECOS VALLEY SOUTHERN RAILWAY COMPANY, Petitioner

V.

PARKHILL PRODUCE COMPANY, Respondent

No. A-8616. Decided October 18, 1961
Rehearing Denied December 20, 1961
352 S.W. 2d 723

*Kleberg, Mobley, Lockett & Weil,* Corpus Christi, *Russell & Tomlin,* Pecos, for petitioner.

*Ward & Brown,* Corpus Christi, for respondent.

PER CURIAM.

We are in agreement with the decision of the Court of Civil Appeals in this case, 348 S.W. 2d 208, upon the points wherein there is conflict with the 1897 decision of the Galveston Court of Civil Appeals in First National Bank v. East, 43 S.W. 558. See, Middlebrook v. David Bradley Manufacturing Company, 86 Texas 706, 26 S.W. 935; Warner v. Gohlman, Lester & Co., 117 Texas 145, 298 S.W. 890; Id. Texas Civ. App., 8 S.W. 2d 1049; Stevens v. Willson, 120 Texas 584, 39 S.W. 2d 1088; Shafer v. Brashear, Texas Civ. App., 274 S.W. 229; Mutual Federal Savings & Loan Association of El Paso v. Anderson, Texas Civ. App., 88 S.W. 2d 499; Wolcott v. Hall, Texas Civ. App., 111 S.W. 2d 1140; Dickson v. Klett, Texas Civ. App., 211 S.W. 2d 381, mand. overr., 1 McDonald, Civil Procedure, 420, Sec. 4.38. In accordance with the provisions of Rule 483, Texas Rules of Civil Procedure, the application for writ of error is refused, no reversible error.

Opinion delivered October 18, 1961.